(115 So. 153)
**L. C. SUGG v. Chas. A. DAVIS.** (8 Div. 2.)

Supreme Court of Alabama. Jan. 19, 1928.

Certiorari to Court of Appeals.

R. C. Brickell and E. D. Johnston, both of Huntsville, for petitioner.

Lanier & Pride, of Huntsville, opposed.

BOULDIN, J. Petition of Charles A. Davis for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Sugg v. Davis, 115 So. 152.

Writ denied.

ANDERSON, C. J., and SAYRE and GARDNER, JJ., concur.